UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

               v.

DON MACINTYRE,

                              Defendant.
_____

DECISION AND ORDER

10-CR-6099L

      Defendant Don MacIntyre ("MacIntyre") has filed a *pro se* motion (Dkt. #112) seeking early termination of the 15-year term of supervised release imposed by the Court at sentencing in July 2012. MacIntyre was convicted of two counts of possession of child pornography.

      The Probation Office has filed its Response to the request for early termination (Dkt. #113). Probation opposes the request. Although, as far as we know, MacIntyre has not engaged in similar criminal conduct but, as pointed out in Probation's Response, there have been numerous petitions alleging a violation of supervised release and sanctions for MacIntyre's failure to comply with several different conditions of supervised release. One violation involving MacIntyre's failure to comply with sex offender treatment resulted in a three-month term of imprisonment, followed by a ten-year term of supervised release.

      In light of the nature of the offenses and the significant number of supervised release violations, early termination of supervised release is not warranted.

## CONCLUSION

Defendant Don MacIntyre's *pro se* motion (Dkt. #112) for early termination of supervised release is DENIED.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       June 15, 2022.